UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81190-CIV-HURLEY/HOPKINS

JIMMY COMSTOCK, on his own behalf
and others similarly situated,

    Plaintiff,

v.

FLORIDA METAL RECYCLING, LLC, a Florida
Limited Liability Company, and ROBERT
RICHARDSON, individually,

    Defendants.
_____/

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT

Pursuant to this Court's April 7, 2009 Order directing the parties to file a Motion for approval of the parties' settlement, Plaintiff, JIMMY COMSTOCK, and Defendants, FLORIDA METAL RECYCLING, LLC and ROBERT RICHARDSON (hereinafter referred to as "Defendants"), hereby file this Joint Motion for Court Approval of the Settlement Agreement and provide the following:

    1.    Pursuant to the Court's Order directing the parties to file a Motion for Approval of Settlement, the Court has requested counsel to provide affirmations to determine whether the agreement is a fair and reasonable resolution of a bona fide dispute.

    2.    To this end, the parties jointly advise the Court that the settlement reached in this case did not involve coercion, collusion or undue influence, but rather is a fair and reasonable settlement of Plaintiff's alleged overtime claims that was arrived at through the negotiation of counsel on both sides with extensive experience in handling labor and employment law matters and with the input, direction, and authorization of both Plaintiff and Defendants.

3. The parties exchanged written discovery and depositions were scheduled when the parties reached an agreement at Mediation.

4. Under the parties' settlement agreement, Plaintiff is receiving $2,300.00 in consideration towards his alleged overtime wages and $2,300.00 in consideration towards alleged liquidated damages, with Defendants paying $4,065.00 towards Plaintiff's attorneys' fees and $835.00 towards Plaintiff's costs incurred in this action.

5. Plaintiff was employed by Defendants for approximately One-Hundred and Forty-Two (142) weeks between October 2005 and November 2008. Based upon Defendants paying Plaintiff at regular rates of $15.00/hour and $16.00/hour and Plaintiff being owed an average of Five (5) hours of unpaid overtime per week at rates between $22.50/hour and $24.00/hour as a result of Defendants' automatic one (1) hour meal break deductions despite Plaintiff not taking bona fide, uninterrupted one (1) hour meal breaks and Defendants failing to pay Plaintiff for all overtime hours actually worked, Plaintiff's overtime wages total approximately $16,690.00.

6. Defendants denied that Plaintiff was owed overtime wages and maintained that a three (3) year statute of limitations period would not apply in this case because any alleged violations of the FLSA were not willful. In a similar regard, Defendants have contended that it had a good faith basis for not paying Plaintiff for overtime hours worked because Plaintiff was exempt from the requirements of the FLSA pursuant to the Motor Carrier Exemption.

7. The attorneys' fees being paid by Defendants herein are in full satisfaction of attorneys' fees owed by Plaintiff and to Plaintiff's counsel.

8. Within the last ten (10) days, Defendants have now complied with their obligations under the parties' settlement and delivered the settlement proceeds to Plaintiff's Counsel.

9. Accordingly, the parties respectfully request the Court to approve the settlement agreement that was freely entered into between Plaintiff and Defendant.

Dated this 10th day of April 2009.

| | |
|---|---|
| **SHAVITZ LAW GROUP, P.A.**<br>*Attorney for Plaintiff*<br>1515 South Federal Highway, Suite 404<br>Boca Raton, Florida 33432<br>Telephone:  561-447-8888<br>Facsimile:  561-447-8831<br>kstern@shavitzlaw.com<br><br>By**:** *s/KEITH M. STERN*<br>     Keith M. Stern<br>     Florida Bar No. 321000 | **CHRISTOPHER J. RUSH &**<br>**ASSOCIATES, P.A.**<br>*Attorneys for Defendants*<br>8305 S. Military Trail<br>Boynton Beach, FL 33436<br>Tel: 561-369-3331<br>Fax: 561-369-5902<br>E-mail: cjrandassociates@bellsouth.net<br><br>By: *s/CHRISTOPHER J. RUSH*<br>     Christopher J. Rush<br>     Florida Bar No. 621706 |