UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-81190-CIV-HURLEY

JIMMY COMSTOCK,
    plaintiff,

vs.

**CLOSED CASE**

FLORIDA METAL RECYCLING, LLC and
ROBERT RICHARDSON,
    defendants.
_____/

### ORDER APPROVING FLSA SETTLEMENT AGREEMENT
### & ORDER OF FINAL DISMISSAL WITH PREJUDICE
### [DE # 19, 20, 23, 26, 28, 31]

**THIS CAUSE** is before the court in this FLSA action upon the plaintiff's motion to enforce settlement and for entry of judgment [DE#19, 20 ] and the subsequently filed joint motion for approval of settlement [DE# 28], which matters were previously referred to Magistrate Judge James Hopkins for report and recommendation.

On May 29, 2009, Magistrate Hopkins issued his first report and recommendation on the joint motion for approval of settlement, finding the material terms of the proposed settlement to be agreeable, while directing the submission of additional documentation to support the requested attorney fee. [DE# 29]. After submission of those materials, Magistrate Judge Hopkins issued a second report and recommendation finding the agreed upon attorney fee and joint proposed allocation of settlement proceeds to be fair and reasonable [DE# 31], and recommending approval of the joint proposed settlement.

Having carefully reviewed the record in conjunction with the reports and recommendations of the Magistrate Judge upon the matters at issue, the court finds the resolution of issues as

recommended by Magistrate Judge James Hopkins to be sound and well reasoned and will accordingly adopt those recommendations here.

It is accordingly **ORDERED AND ADJUDGED**:

1. The reports and recommendations of the Magistrate Judge [DE# 26, 31] are approved and adopted in full.

2. The plaintiff's motion to enforcement settlement and for entry of judgment [DE# 19, 20] together with subsequently filed motion to grant motion to enforce settlement by default [DE# 23] are **DENIED as MOOT.**

3. The parties' joint motion for approval of settlement agreement [DE# 28] is **GRANTED.** The parties' proposed settlement as set forth in the motion for joint approval of settlement [DE# 28] is **APPROVED,** and the claims of plaintiff **JIMMY COMSTOCK** against defendants **FLORIDA METAL RECYCLING LLC and ROBERT RICHARDSON** are **DISMISSED WITH PREJUDICE.**

4. The court shall retain jurisdiction to enforce the settlement agreement upon which the above described stipulated dismissal of all claims is predicated.

5. There being nothing further for the court to do, the Clerk of Court is directed to **CLOSE** this file and terminate any other pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 3rd day of June, 2009.

_____
Daniel T. K. Hurley
United States District Judge

cc. all counsel